_____

No. 96-2313
_____

Leonard Rogers,                          *
                                         *
          Appellant,                     *
                                         *
     v.                                  * Appeal from the United States
                                         * District Court for the
Steve Long; Dave Dormire;                * Western District of Missouri.
Daniel Kempker; Earl Halden;             *
John Moore,                              *          [UNPUBLISHED]
                                         *
          Appellees.                     *

_____

          Submitted:  February 19, 1997

             Filed:  February 26, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.

     Leonard Rogers, a Missouri inmate, appeals from the District Court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having reviewed the record and the parties' briefs, we conclude that the judgment of the District Court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.